■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG WILLIAMS, Also Known as GRAIG WILLIAMS, Appellant. [800 NYS2d 648]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 27, 2003 (*People v Williams*, 305 AD2d 702 [2003]), affirming a judgment of the Supreme Court, Kings County, rendered January 29, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463

US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, H. Miller and Crane, JJ., concur.